UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT ALVA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendant. | 1:24-cv-00686-JLT-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTIONS TO THE COURT'S FINDINGS AND RECOMMENDATIONS, OR TO PAY THE REQUIRED FILING FEE**<br><br>**30-DAY DEADLINE** |

Plaintiff James Scott Alva[1] is a federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971).

**I.     BACKGROUND**

Plaintiff initiated this action with the filing of his complaint on June 12, 2024. (Doc. 1.) The complaint was not accompanied by the required filing fee or an application to proceed *in forma pauperis*.

On June 13, 2024, the Court issued its First Informational Order in Prisoner/Civil Detainee Civil Rights Case. (Doc. 2.) The following day, the Court issued its Order to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee Within 45 Days. (Doc. 3.)

---

[1] Plaintiff also identifies himself as "jim-SCOTT:COLE." (*See* Doc. 1 at 1.)

1

On June 26, 2024, Plaintiff filed a document titled "Subpoena." (Doc. 4.) The document purports to issue a "writ … under the authority of a court to compel TEAM QUEBEC to pay this debt in full … [¶] $405 to the EASTERN DISTRICT COURT." (*Id*.) "TEAM QUEBEC" is identified as follows: "E. APPLETON-Unit Manager; ECHEVERRIA-Case Worker; F. SEVERANCE- COR." (*Id*.) The document further states: "On behalf of the ALVA, JAMES SCOTT, ADM, Pay this court." (*Id*.)

On June 27, 2024, Plaintiff filed a first amended complaint, (Doc. 5), and on July 16, 2024, he filed a document titled "Bill of Exchange" (Doc. 6). The document identifies this Court as "Payee," recites the sum of $405, and states the following:

```
ACCOUNT NUMBER: 41149-48903-048
ALVA, JAMES SCOTT, 18 U.S.C. § 2 – PRINCIPAL
TEAM QUEBEC
      E. APPLETON      UM    )
      F. SEVERANCE     COR   )    Agent(s) or Payor(s)
      ECHEVERANCE      C/W   )
```

(Doc. 6.) It further reads: "WARRANT LEVEL I, has $500,000.00 in it, lets go ahead and use this money, which I believes is mine RIGHT?" (*Id*.)

The Court issued Findings and Recommendations to Dismiss Action for Failure to Obey Court Order and Failure to Prosecute on July 17, 2024. (Doc. 8.) Plaintiff was to file any objections within 14 days of the date of service of the order. (*Id*. at 5.)

On August 2, 2024, Plaintiff filed an untitled document with the Court.[2] (Doc. 9.) Plaintiff advises he is "now being moved from" the prison in Mendota to "USP Victorville." (*Id*.) He alleges he sent the Court "a letter on 18th of July," "certified mail on July 21, 2024" and another document on July 22, 2024. (*Id*.) Plaintiff contends he learned from a prison official on July 24, 2024, that those documents "didn't make it." (*Id*.) He states his dictionaries "were stolen" on July 23, 2024, and he is "now having an issue with the TEAM OF QUEBEC." (*Id*.) Plaintiff also states: "Could you give me time to have the NEW TEAM, with a BP 199 form…I do have

---

[2] The filing was docketed as a Notice of Change of Address, and the Clerk of the Court re-served the Findings and Recommendations to Plaintiff at his new address (U.S.P. Adelanto, P.O. Box 3900, Adelanto, CA 92301) that same date.

500 dollars in my account…but its only because the TEAM QUEBEC of MEN-MENDOTA FCI, are my defendant(s)." (*Id*.)

## II. DISCUSSION

The Court construes Plaintiff's August 2, 2024, filing to include a request for an extension of time within which to file objections to the pending Findings and Recommendations to dismiss this action. Because the Clerk of the Court re-served the findings to Plaintiff at his new address of record on August 2, 2024, Plaintiff will be afforded additional time within which to file his objections. The new deadline will begin on the date this Order is served. If Plaintiff wishes to pay the required filing fee instead of filing objections to the pending findings, he may do so within that same time frame.

A search of the inmate locator tool maintained by the Bureau of Prisons reveals that as of today's date, Plaintiff is now housed at the United States Penitentiary in Tucson, Arizona. (*See* https://www.bop.gov/inmateloc/, concerning Register Number 48903-048, as of 8/5/2024.) Because Plaintiff has been transferred at least twice since the issuance of this Court's findings, Plaintiff will be afforded an additional 30 days within which to file any objections to those findings or pay the required filing fee for this action.

## III. CONCLUSION AND ORDER

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time is **GRANTED**;
2. Objections to the Findings and Recommendations issued July 17, 2024, **SHALL** be filed within 30 days of the date of service of this Order;
3. Alternatively, Plaintiff **SHALL** pay the required filing fee of $405 within that same time frame to avoid dismissal of this action; and
4. The Clerk of the Court is **DIRECTED** to serve this Order to Plaintiff's address on record with the Court *and* to Plaintiff at USP Tucson in Arizona.

IT IS SO ORDERED.

Dated:   **August 5, 2024**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE