# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT ALVA,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendant. | Case No. 1:24-cv-0686 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN THIRTY DAYS<br><br>(Doc. 15) |

James Scott Alva[1] filed this civil rights action pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971), and seeks to proceed *in forma pauperis* in the action. (Docs. 1, 14.) The magistrate judge found that "Plaintiff has accrued three or more strikes'" under 28 U.S.C. § 1915, identifying the following actions that were dismissed prior to the filing of this action:

    1. *Alva v. Titsworth*, et al., No. 2:18-cv-00476-JAD-PAL (Nev.), dismissed with prejudice for failure to state a claim on April 20, 2019

    2. *Alva v. Alva*, et. al., No. 2:18-cv-00788-JAD-NJK (Nev.), dismissed as frivolous on July 17, 2018

    3. *Cole v. State of Louisiana*, No. 2:22-cv-01045-JAD-EDY (Nev.), adopting recommendation to dismiss for failure to state a claim on September 15, 2022

(*Id.* at 3-4.) In addition, the magistrate judge found Plaintiff does not qualify for the imminent danger exception to Section 1915. (*Id.* at 4-5.)

---

[1] Plaintiff also identifies himself as "jim-SCOTT:COLE." (*See* Doc. 1 at 1.)

1

In response to the Findings and Recommendations, Plaintiff filed objections (Doc. 15), a letter to the Court (Doc. 16), and a document "rebutting" the Findings and Recommendations (Doc. 17).  However, Plaintiff does not appear to dispute the determination that he has three strikes under Section 1915.  In addition, the Court is unable to discern any factual allegations supporting a conclusion that he was in imminent danger of serious physical injury at the time the complaint was filed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued September 13, 2024 (Doc. 15) are **ADOPTED** in full.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 14) is **DENIED**.
3. Plaintiff **SHALL** pay the full $405 filing fee for this action <u>within 30 days</u> of the date of service of this order.

**<u>Failure to pay the filing fee will result in the dismissal of this action without prejudice.</u>**

IT IS SO ORDERED.

Dated:   **October 18, 2024**

UNITED STATES DISTRICT JUDGE

2