# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT ALVA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendant. | Case No. 1:24-cv-0686 JLT SKO<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE |

On October 21, 2024, the Court found Plaintiff is subject to the three strikes bar of 28 U.S.C. § 1915 and he was not in imminent danger of serious physical injury. (Doc. 19.) Despite the Court's warning that failure to pay the filing fee would result in dismissal (*id.* at 2), Plaintiff failed to pay the required fee. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022). Thus, the Court **ORDERS**:

1. The action is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 26, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE